IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRIE A. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-120-WKW |
| | ) [wo] |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 12, 2007, the Magistrate Judge filed a Recommendation (Doc. #20) to which no timely objections have been filed.  After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2. The decision of the Commissioner is REVERSED; and

3. The case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Recommendation of the Magistrate Judge.

An appropriate judgment will be entered.

Done this 7th day of February, 2007.

                                        /s/   W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE