IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRIE A. WALKER,               )
                                )
            Plaintiff,          )
                                )
    v.                          )        CASE NO. 1:06-cv-120-WKW
                                )        [wo]
JO ANNE B. BARNHART             )
COMMISSIONER OF SOCIAL          )
SECURITY,                       )
                                )
            Defendant.          )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER,

JUDGMENT, and DECREE of this court that the decision of the Commissioner of Social Security

is REVERSED, and the case REMANDED to the Commissioner for further proceedings consistent

with the Recommendation of the Magistrate Judge.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 7th day of February, 2007.

                    /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE