IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRIE ANN WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-120-WKW |
| | ) |
| MICHAEL J. ASTRUE, *Commissioner* | ) |
| *Social Security Administration*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 27), and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's Motion for Attorney Fees (Doc. # 23) is DENIED.[1]

DONE this 28th day of May, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue is automatically substituted as the Defendant. *See* Fed. R. Civ. P. 25(d).